# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLIFFORD STUBBS,<br><br>                         Plaintiff,<br><br>         v.<br><br>KEEFE GROUP, et al.,<br><br>                         Defendants. | Case No. 2:16-cv-000969-APG-VCF<br><br>**Order**<br><br>(ECF Nos. 9, 13) |

On May 13, 2016, defendant Kraft Heinz Foods Company (incorrectly named in the Complaint as "Maxwell House by Kraft Foods") filed a motion to dismiss the Complaint. ECF No. 9. Defendant Keefe Group joined that motion on May 19, 2016. ECF No. 13. The plaintiff's opposition was due May 30, 2016, but I granted him an extension of that deadline to July 19, 2016 (ECF No. 16). The plaintiff has not filed any opposition.

Local Rule 7-2(d) states that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Based on the plaintiff's failure to oppose the motion despite being granted a lengthy extension, I will grant the motion to dismiss pursuant to Local Rule 7-2(d).

IT IS HEREBY ORDERED that Kraft's motion to dismiss (ECF No. 9) and Keefe Group's joinder (ECF No. 13) are GRANTED. This case is DISMISSED WITHOUT PREJUDICE.

Dated: August 12, 2016.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE